IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 21-cv-00368-RM-MEH

STATE FARM FIRE & CASUALTY COMPANY,

    Plaintiff,

v.

CODY KLATKA,
CODY KLATKA, LLC,
MICHAEL BULLOCK, and
JEANETTE BULLOCK,

    Defendants.

## ORDER OF CONSOLIDATION

This matter is before the Court sua sponte. Pursuant to Fed. R. Civ. P. 42(a), the Court finds that this case and *Bullock v. State Farm Fire & Casualty Co.*, No. 21-cv-00557-RM-SKC, involve common questions of law or fact, including common parties and common claims, before this Court. The Court further finds that consolidation of these two actions will promote judicial efficiency and avoid unnecessary costs and delays. *See Ellerman Lines, Ltd. v. Atl. & Gulf Stevedores, Inc.*, 339 F.2d 673, 675 (3d Cir. 1964) (stating that Fed. R. Civ. P. 42(a) "confers upon a district court broad power, whether at the request of a party or upon its own initiative, to consolidate causes for trial as may facilitate the administration of justice"); *see also Cook v. Baca*, 625 F. App'x 348, 355 (10th Cir. 2015) (unpublished) (concluding district court's sua sponte consolidation of cases involving common questions of law or fact was not an abuse of discretion).

It is therefore ORDERED that case number 21-cv-00368-RM-MEH and case number 21-cv-00557-RM-SKC are hereby CONSOLIDATED for all purposes, and future filings in either of these actions shall contain the caption as set forth above and shall be docketed under the case number 21-cv-00368-RM-MEH.  This Order shall also be filed in case number 21-cv-00557-RM-SKC.

DATED this 9th day of April, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge